```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

<u>Christopher Booth</u>

    v.                                            Civil No. 15-cv-518-PB

<u>Ted Cruz</u>


<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 20, 2016.  The complaint and amended complaint are hereby dismissed, and the plaintiff's motion for summary is denied.

    SO ORDERED.

                                         /s/ Paul Barbadoro        
                                         Paul Barbadoro
                                         United States District Judge

Date: February 2, 2016

cc:   Christopher Booth, pro se